**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce** | **Lee** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Gillerma** | | **Trejo-Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)  **24-41700-MXM13**

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**4777 Tolar Hwy**
Street address, if available, or other description

**Tolar**                    **TX**    **76476**
City                        State    ZIP Code

**ood**
County

Homestead
Mobile Home - on Moms land - Debtor does farming

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☑ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$150,000.00

**Current value of the portion you own?**
$150,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
(see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................... ➔

$150,000.00

| Debtor 1 | **Bruce Lee Martin** |
|---|---|
| Debtor 2 | **Gillerma Trejo-Martin** |

Case number (if known)    **24-41700-MXM13**

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

### 3.1.

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Kia** | ☐ Debtor 1 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Model: | **Sorento** | ☐ Debtor 2 only | | |
| Year: | **2016** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **208,485** | ☐ At least one of the debtors and another | **$6,144.00** | **$6,144.00** |

Other information:
**2016 Kia Sorento (approx. 208,485 miles)**

☑ **Check if this is community property**
(see instructions)

### 3.2.

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Kia** | ☐ Debtor 1 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Model: | **Plugin Hybrid Soren** | ☐ Debtor 2 only | | |
| Year: | **2022** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **5,218** | ☐ At least one of the debtors and another | **$27,247.00** | **$27,247.00** |

Other information:
**2022 Kia Plugin Hybrid Sorento (approx. 5,218 miles)**

☑ **Check if this is community property**
(see instructions)

### 3.3.

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Ford** | ☐ Debtor 1 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Model: | **Super Cab** | ☐ Debtor 2 only | | |
| Year: | **1999** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **15,718,600** | ☐ At least one of the debtors and another | **$7,474.00** | **$7,474.00** |

Other information:
**1999 Ford Super Cab (approx. 15,718,600 miles)**

☑ **Check if this is community property**
(see instructions)

### 3.4.

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Nissan** | ☐ Debtor 1 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Model: | **Sentra 1.85** | ☐ Debtor 2 only | | |
| Year: | **2004** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **19,285,000** | ☐ At least one of the debtors and another | **$356.00** | **$356.00** |

Other information:
**2004 Nissan Sentra 1.85 (approx. 19,285,000 miles)**

☑ **Check if this is community property**
(see instructions)

### 3.5.

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Dodge** | ☐ Debtor 1 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Model: | **Ram 2500** | ☐ Debtor 2 only | | |
| Year: | **2012** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **12,298,400** | ☐ At least one of the debtors and another | **$12,262.00** | **$12,262.00** |

Other information:
**2012 Dodge Ram 2500 (approx. 12,298,400 miles)**

☑ **Check if this is community property**
(see instructions)

Debtor 1  **Bruce Lee Martin**

Debtor 2  **Gillerma Trejo-Martin**

Case number (if known)  **24-41700-MXM13**

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| 4.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Grumm 14'** | Check one. | |
| Model: | **Aluminum** | ☐ Debtor 1 only | |
| Year: | **1975** | ☐ Debtor 2 only | **Current value of the entire property?**  **Current value of the portion you own?** |
| Other information: | | ☑ Debtor 1 and Debtor 2 only | |
| **1975 Grumm 14' Aluminum** | | ☐ At least one of the debtors and another | **$50.00**    **$50.00** |

☑ **Check if this is community property**
(see instructions)

| 4.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Long** | Check one. | |
| Model: | **Boat Trailer** | ☐ Debtor 1 only | |
| Year: | **1999** | ☐ Debtor 2 only | **Current value of the entire property?**  **Current value of the portion you own?** |
| Other information: | | ☑ Debtor 1 and Debtor 2 only | |
| **1999 Long Boat Trailer** | | ☐ At least one of the debtors and another | **$50.00**    **$50.00** |

☑ **Check if this is community property**
(see instructions)

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here** ....................................................... ➔  | **$53,583.00** |

---

### Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.....  | See continuation page(s). |    **$2,205.00**

7.  **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes. Describe.....

8.  **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes.  Describe.....

Debtor 1   **Bruce Lee Martin**
Debtor 2   **Gillerma Trejo-Martin**

Case number (if known)   **24-41700-MXM13**

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes.  Describe.....   | **See continuation page(s).** | **$425.00**

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes.  Describe.....   | **Clothes** | **$250.00**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes.  Describe.....   | **Engagement Ring** | **$300.00**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes.  Describe.....   | **2 dogs, 4 cats** | **$0.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information.............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here**................................................................ ➔ | **$3,180.00**

---

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.................................................................................................. Cash: .........................   | **$10.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................   Institution name:

| | | |
|---|---|---|
| 17.1.  Checking account: | **PNC Checking account** | **$431.00** |
| 17.2.  Checking account: | **PNC Checking account** | **$28.00** |
| 17.3.  Checking account: | **GECU Checking account** | **$13.00** |
| 17.4.  Checking account: | **First Financial Checking account** | **$9.00** |
| 17.5.  Checking account: | **First Financial Bank Checking account** | **$396.00** |

Debtor 1    **Bruce Lee Martin**
Debtor 2    **Gillerma Trejo-Martin**

Case number (if known)    **24-41700-MXM13**

| | | | |
|---|---|---|---|
| 17.6. | Checking account: | **PNC Checking Account** | **$749.63** |
| 17.7. | Savings account: | **First Financial Savings account** | **$50.00** |
| 17.8. | Savings account: | **GECU Savings account** | **$1,010.00** |
| 17.9. | Savings account: | **PNC Savings account** | **$1.00** |
| 17.10. | Savings account: | **PNC Savings account** | **$1.00** |
| 17.11. | Other financial account: | **Venmo Account** | **$11.35** |
| 17.12. | Other financial account: | **Venmo Account** | **$15.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes............................ Institution or issuer name:

| | |
|---|---|
| **Schwab Broker Account** | **$7.25** |
| **.126 EPR Properties** | **$5.26** |
| **1.004 Gamestop Corp** | **$22.21** |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about them.......................... Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them.......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each account separately.    Type of account:        Institution name:

| | | |
|---|---|---|
| IRA: | **Schwab IRA** | **$0.49** |
| Retirement account: | **TRS Retirement account** | **$154,318.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................ Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................ Issuer name and description:

| Debtor 1 | **Bruce Lee Martin** | | |
|---|---|---|---|
| Debtor 2 | **Gillerma Trejo-Martin** | Case number (if known) | **24-41700-MXM13** |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes........................... Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes.  Give specific information about them | BLMart Farms LLC - never used | $0.00

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years....................

Federal: _____
State: _____
Local: _____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information

Debtor 1    **Bruce Lee Martin**

Debtor 2    **Gillerma Trejo-Martin**                                Case number (if known)    **24-41700-MXM13**

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☒ Yes. Name the insurance
company of each policy
and list its value............... Company name:          Beneficiary:                    Surrender or refund value:

**Texas Life Whole Life $50K**                                                              **$3,682.00**

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☒ No

☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☒ No

☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here.................................................................... ➔**   **$160,760.19**

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.

☒ Yes.  Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☒ No

☐ Yes. Describe..

Debtor 1    **Bruce Lee Martin**

Debtor 2    **Gillerma Trejo-Martin**                                   Case number (if known)  **24-41700-MXM13**

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes.  Describe..  | **See continuation page(s).** |                    $5,500.00

**41. Inventory**

☑ No

☐ Yes.  Describe..

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes.  Describe.....   Name of entity:                          % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?

   ☐ No

   ☐ Yes.  Describe....

**44. Any business-related property you did not already list**

☑ No

☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here.................................................................................** ➔  | $5,500.00

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No.  Go to Part 7.

☑ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No

☑ Yes....  | **See continuation page(s).** |                    $2,000.00

**48. Crops--either growing or harvested**

☑ No

☐ Yes.  Give specific information...............

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

☑ Yes....  | **See continuation page(s).** |                    $17,500.00

| Debtor 1 | **Bruce Lee Martin** | |
|---|---|---|
| Debtor 2 | **Gillerma Trejo-Martin** | Case number (if known)  **24-41700-MXM13** |

**50.  Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51.  Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific information...............

**52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here.......................................................................** ➔ **$19,500.00**

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.  Do you have other property of any kind you did not already list?**
*Examples:*  Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54.  Add the dollar value of all of your entries from Part 7.  Write that number here.............................** ➔ **$0.00**

## Part 8:  List the Totals of Each Part of this Form

**55.  Part 1: Total real estate, line 2.........................................................................................** ➔ $150,000.00

**56.  Part 2: Total vehicles, line 5**                                        $53,583.00

**57.  Part 3: Total personal and household items, line 15**              $3,180.00

**58.  Part 4: Total financial assets, line 36**                           $160,760.19

**59.  Part 5: Total business-related property, line 45**                  $5,500.00

**60.  Part 6: Total farm- and fishing-related property, line 52**        $19,500.00

**61.  Part 7: Total other property not listed, line 54**           +           $0.00

**62.  Total personal property.**  Add lines 56 through 61...................  $242,523.19   Copy personal property total ➔ +  $242,523.19

**63.  Total of all property on Schedule A/B.**  Add line 55 + line 62.............................................................  $392,523.19

| | |
|---|---|
| Debtor 1 | **Bruce Lee Martin** |
| Debtor 2 | **Gillerma Trejo-Martin** |

Case number (if known)   **24-41700-MXM13**

**6.**   **Household goods and furnishings (details):**

| | |
|---|---|
| **2 Couches** | **$200.00** |
| **Love Seat** | **$25.00** |
| **2 End Tables** | **$25.00** |
| **1 Coffee Table** | **$25.00** |
| **2 Lamps** | **$10.00** |
| **2 Televisions** | **$50.00** |
| **1 Computer** | **$50.00** |
| **2 Hutches** | **$50.00** |
| **Table & Chairs** | **$125.00** |
| **Small Kitchen Electrics** | **$15.00** |
| **2 Refrigerators** | **$300.00** |
| **1 Freezer** | **$60.00** |
| **4 Bar Stools** | **$45.00** |
| **Washer & Dryer** | **$150.00** |
| **Microwave** | **$50.00** |
| **Bed w/Mattress** | **$125.00** |
| **2 Night Stands** | **$20.00** |
| **Dresser** | **$25.00** |
| **Chest/Drawers** | **$25.00** |
| **1 Lamp** | **$15.00** |
| **Television** | **$50.00** |
| **Computer** | **$150.00** |
| **Desk** | **$30.00** |
| **Bed w/Mattress** | **$30.00** |
| **Night Stands** | **$15.00** |
| **Chair** | **$15.00** |
| **Dresser** | **$10.00** |
| **Chest/Drawers** | **$10.00** |
| **Bed w/Mattress** | **$25.00** |
| **Dresser** | **$15.00** |
| **Chest/Drawers** | **$15.00** |
| **Desk** | **$15.00** |
| **Tools** | **$50.00** |

| Debtor 1 | **Bruce Lee Martin** | | |
|----------|----------------------|--|--|
| Debtor 2 | **Gillerma Trejo-Martin** | Case number (if known) | **24-41700-MXM13** |

| | | |
|---|---|---|
| **Decorations** | | **$20.00** |
| **Lawn Maint. Equip.** | | **$20.00** |
| **Power Tools** | | **$250.00** |
| **Grill** | | **$25.00** |
| **4 Bicycles** | | **$20.00** |
| **Kids Books** | | **$50.00** |
| **10.** | **Firearms (details):** | |
| | **Remington 22 Rifle** | **$50.00** |
| | **Rugar 101 38 Spec Pistol** | **$150.00** |
| | **XD 9 mm Pistol** | **$150.00** |
| | **Browning Shotgun** | **$50.00** |
| | **Jennings 22 Pistol** | **$25.00** |
| **40.** | **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):** | |
| | **Welder** | **$500.00** |
| | **2 Storage Containers** | **$5,000.00** |
| **47.** | **Farm animals (details):** | |
| | **1 Horse** | **$1,000.00** |
| | **2 Cows** | **$1,000.00** |
| **49.** | **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade (details):** | |
| | **Tractor & Implements** | **$14,000.00** |
| | **Walton Trailer Big Tex Flathead** | **$3,500.00** |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Bruce** First Name | **Lee** Middle Name | **Martin** Last Name |
| Debtor 2 (Spouse, if filing) | **Gillerma** First Name | Middle Name | **Trejo-Martin** Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-41700-MXM13** |

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Homestead Mobile Home - on Moms land - Debtor does farming** Line from *Schedule A/B*: **1.1** | **$150,000.00** | ☐ ☒ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2016 Kia Sorento (approx. 208,485 miles)** Line from *Schedule A/B*: **3.1** | **$6,144.00** | ☐ ☒ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　　☐ No
   　　☐ Yes

| Debtor 1 | **Bruce Lee Martin** | | |
|---|---|---|---|
| Debtor 2 | **Gillerma Trejo-Martin** | Case number (if known) | **24-41700-MXM13** |

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2022 Kia Plugin Hybrid Sorento (approx. 5,218 miles)**<br>Line from *Schedule A/B*: __3.2__ | $27,247.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1999 Ford Super Cab (approx. 15,718,600 miles)**<br>Line from *Schedule A/B*: __3.3__ | $7,474.00 | ☑ $7,474.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(3)** |
| Brief description:<br>**2 Couches**<br>Line from *Schedule A/B*: __6__ | $200.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Love Seat**<br>Line from *Schedule A/B*: __6__ | $25.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 End Tables**<br>Line from *Schedule A/B*: __6__ | $25.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Coffee Table**<br>Line from *Schedule A/B*: __6__ | $25.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Lamps**<br>Line from *Schedule A/B*: __6__ | $10.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Televisions**<br>Line from *Schedule A/B*: __6__ | $50.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Computer**<br>Line from *Schedule A/B*: __6__ | $50.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| | |
|---|---|
| Debtor 1 | **Bruce Lee Martin** |
| Debtor 2 | **Gillerma Trejo-Martin** |

Case number (if known)   **24-41700-MXM13**

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2 Hutches**<br><br>Line from *Schedule A/B*:   **6** | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Table & Chairs**<br><br>Line from *Schedule A/B*:   **6** | **$125.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Small Kitchen Electrics**<br><br>Line from *Schedule A/B*:   **6** | **$15.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Refrigerators**<br><br>Line from *Schedule A/B*:   **6** | **$300.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Freezer**<br><br>Line from *Schedule A/B*:   **6** | **$60.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**4 Bar Stools**<br><br>Line from *Schedule A/B*:   **6** | **$45.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Washer & Dryer**<br><br>Line from *Schedule A/B*:   **6** | **$150.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Microwave**<br><br>Line from *Schedule A/B*:   **6** | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Bed w/Mattress**<br><br>Line from *Schedule A/B*:   **6** | **$125.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Bruce Lee Martin** |
|---|---|
| Debtor 2 | **Gillerma Trejo-Martin** |

Case number (if known)   **24-41700-MXM13**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2 Night Stands** <br> Line from *Schedule A/B*: __6__ | **$20.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dresser** <br> Line from *Schedule A/B*: __6__ | **$25.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Chest/Drawers** <br> Line from *Schedule A/B*: __6__ | **$25.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Lamp** <br> Line from *Schedule A/B*: __6__ | **$15.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Television** <br> Line from *Schedule A/B*: __6__ | **$50.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Computer** <br> Line from *Schedule A/B*: __6__ | **$150.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Desk** <br> Line from *Schedule A/B*: __6__ | **$30.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bed w/Mattress** <br> Line from *Schedule A/B*: __6__ | **$30.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Night Stands** <br> Line from *Schedule A/B*: __6__ | **$15.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Bruce Lee Martin**
Debtor 2    **Gillerma Trejo-Martin**

Case number (if known)   **24-41700-MXM13**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Chair**<br><br>Line from *Schedule A/B*: __6__ | **$15.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dresser**<br><br>Line from *Schedule A/B*: __6__ | **$10.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Chest/Drawers**<br><br>Line from *Schedule A/B*: __6__ | **$10.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Bed w/Mattress**<br><br>Line from *Schedule A/B*: __6__ | **$25.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dresser**<br><br>Line from *Schedule A/B*: __6__ | **$15.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Chest/Drawers**<br><br>Line from *Schedule A/B*: __6__ | **$15.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Desk**<br><br>Line from *Schedule A/B*: __6__ | **$15.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Tools**<br><br>Line from *Schedule A/B*: __6__ | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Decorations**<br><br>Line from *Schedule A/B*: __6__ | **$20.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Bruce Lee Martin** |
|---|---|
| Debtor 2 | **Gillerma Trejo-Martin** |

Case number (if known)  **24-41700-MXM13**

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Lawn Maint. Equip.** <br><br> Line from *Schedule A/B*: __6__ | **$20.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Power Tools** <br><br> Line from *Schedule A/B*: __6__ | **$250.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Grill** <br><br> Line from *Schedule A/B*: __6__ | **$25.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **4 Bicycles** <br><br> Line from *Schedule A/B*: __6__ | **$20.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Kids Books** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Rugar 101 38 Spec Pistol** <br><br> Line from *Schedule A/B*: __10__ | **$150.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **XD 9 mm Pistol** <br><br> Line from *Schedule A/B*: __10__ | **$150.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Clothes** <br><br> Line from *Schedule A/B*: __11__ | **$250.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Engagement Ring** <br><br> Line from *Schedule A/B*: __12__ | **$300.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |

Debtor 1   **Bruce Lee Martin**
Debtor 2   **Gillerma Trejo-Martin**

Case number (if known)   **24-41700-MXM13**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2 dogs, 4 cats**<br><br>Line from *Schedule A/B*:  **13** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description:<br>**TRS Retirement account**<br><br>Line from *Schedule A/B*:  **21** | $154,318.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Schwab IRA**<br><br>Line from *Schedule A/B*:  **21** | $0.49 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Texas Life Whole Life $50K**<br><br>Line from *Schedule A/B*:  **31** | $3,682.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Welder**<br><br>Line from *Schedule A/B*:  **40** | $500.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**2 Storage Containers**<br><br>Line from *Schedule A/B*:  **40** | $5,000.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**1 Horse**<br><br>Line from *Schedule A/B*:  **47** | $1,000.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description:<br>**2 Cows**<br><br>Line from *Schedule A/B*:  **47** | $1,000.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description:<br>**Tractor & Implements**<br><br>Line from *Schedule A/B*:  **49** | $14,000.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(3)** |

Debtor 1    **Bruce Lee Martin**
Debtor 2    **Gillerma Trejo-Martin**

Case number (if known)   **24-41700-MXM13**

| **Part 2:** | **Additional Page** |
|---|---|

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | **Specific laws that allow exemption** |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Walton Trailer Big Tex Flathead** Line from *Schedule A/B*: **49** | **$3,500.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(3)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce** | **Lee** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Gillerma** | | **Trejo-Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **24-41700-MXM13**
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**21st Mortgage**
Creditor's name
**PO Box 477**
Number      Street

_____

**Knoxville          TX    37901**
City              State   ZIP Code

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**Homestead**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Fee Simple**

**Last 4 digits of account number** ___ ___ ___ ___

| Column A | Column B | Column C |
|---|---|---|
| $87,115.05 | $150,000.00 | |

Add the dollar value of your entries in Column A on this page. Write that number here:

$87,115.05

Debtor 1    **Bruce Lee Martin**
Debtor 2    **Gillerma Trejo-Martin**                                          Case number (if known)    **24-41700-MXM13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.2 | | Describe the property that secures the claim: | **$43,732.00** | **$27,247.00** | **$16,485.00** |
|---|---|---|---|---|---|

**Independent Bank**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**5050 Poplar Ave; Suite 112**

Describe the property that secures the claim:

**2022 Kia Plugin Hybrid Sorento**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Memphis          TN    38157**
City                State    ZIP Code

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Automobile**

Date debt was incurred    **07/2022**          Last 4 digits of account number    **2  0  6  8**

**Add the dollar value of your entries in Column A on this page. Write that number here:**          **$43,732.00**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**          **$130,847.05**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce** | **Lee** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Gillerma** | | **Trejo-Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **24-41700-MXM13**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $2,637.50 | $2,637.50 | $0.00 |

| | |
|---|---|
| **Sherman Law Firm, P.C.** | **Last 4 digits of account number** __ __ __ __ |
| Priority Creditor's Name | |
| **P.O. Box 959** | **When was the debt incurred?** 05/21/2024 |
| Number          Street | |
| **Haslet, TX  76052** | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| sharon@shermanlawfirm.us | ☐ Unliquidated |
| | ☐ Disputed |
| City          State     ZIP Code | |
| **Who incurred the debt?**  Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☑ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another | intoxicated |
| ☑ **Check if this claim is for a community debt** | ☑ Other. Specify |
| **Is the claim subject to offset?** | **Attorney fees for this case** |
| ☑ No | |
| ☐ Yes | |

Debtor 1   **Bruce Lee Martin**
Debtor 2   **Gillerma Trejo-Martin**

Case number (if known)   **24-41700-MXM13**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**

**Affordable Dentures & Implants**                                              **$980.84**
Nonpriority Creditor's Name
**1151 E. Highway 377, Ste 101**
Number       Street



**Granbury                    TX      76048-4009**
City                              State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **6    8    6    2**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical**

**4.2**

**Barclays Bank Delaware**                                              **$8,080.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**125 South West St**
Number       Street



**Wilmington                  DE      19801**
City                              State     ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **0    5    4    0**

**When was the debt incurred?**    **11/2012**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

Debtor 1    **Bruce Lee Martin**
Debtor 2    **Gillerma Trejo-Martin**

Case number (if known)   **24-41700-MXM13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.3**

**$4,958.00**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 30285**

**Salt Lake City        UT      84130**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9   0   9   0**
When was the debt incurred?    **01/2012**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

**4.4**

**$3,224.00**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 30285**

**Salt Lake City        UT      84130**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **2   3   3   4**
When was the debt incurred?    **05/2016**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

**4.5**

**$4,913.00**

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**P.O. 15298**

**Wilmington        DE      19850**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **4   5   2   7**
When was the debt incurred?    **05/2018**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

| Debtor 1 | **Bruce Lee Martin** | | |
|---|---|---|---|
| Debtor 2 | **Gillerma Trejo-Martin** | Case number (if known) | **24-41700-MXM13** |

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.6 | | **$3,710.00** |
|---|---|---|

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**P.O. 15298**

**Wilmington          DE      19850**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number   **4   7   3   0**

When was the debt incurred?   **07/2017**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

| 4.7 | | **$248.00** |
|---|---|---|

**DSRM Nat Bank/Valero**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**One Valero Way**

**San Antonio         TX      78249**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number   **0   0   0   0**

When was the debt incurred?   **04/2012**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Charge Account**

| 4.8 | | **$18,189.15** |
|---|---|---|

**Elan**
Nonpriority Creditor's Name
**PO Box 790408**
Number     Street

**St. Louis            MO      63179-0408**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number   **2   5   6   4**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

| | |
|---|---|
| Debtor 1 | **Bruce Lee Martin** |
| Debtor 2 | **Gillerma Trejo-Martin** |

Case number (if known)  **24-41700-MXM13**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9

**$6,052.96**

**Elan**
Nonpriority Creditor's Name
**PO Box 790408**
Number    Street

**Last 4 digits of account number**    **1**  **0**  **4**  **5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**St. Louis              MO    63179-0408**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Credit Card**

### 4.10

**$4,467.25**

**Granbury Hospital Corp**
Nonpriority Creditor's Name
**dba Lake Granbury Medical**
Number    Street
**c/o Michael J. Adams PC**

**10004 Wurzbach R #292**

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio          TX    78230**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Medical**

### 4.11

**$5,128.00**

**Lvnv Funding/Resurgent Capital**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 10497**

**Last 4 digits of account number**    **6**  **4**  **1**  **3**

**When was the debt incurred?**  **12/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Greenville            SC    29603**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Factoring Company Account**

| Debtor 1 | **Bruce Lee Martin** |
|---|---|
| Debtor 2 | **Gillerma Trejo-Martin** |

Case number (if known)   **24-41700-MXM13**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| **4.12** | | **$5,911.69** |

**Midland Credit Management**
Nonpriority Creditor's Name
**350 Camino De La Reina**
Number     Street
**Suite 100**

**San Diego**          **CA**     **92108**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Collecting for Citi 8716**

Last 4 digits of account number     **9   7   6   3**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for - Citi**

---

| **4.13** | | **$7,173.00** |

**Navient**
Nonpriority Creditor's Name
**Attn:  Bankruptcy**
Number     Street
**PO Box 9635**

**Wilkes Barre**          **PA**     **18773**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number     **0   8   0   9**
**When was the debt incurred?**     **08/2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

| Debtor 1 | **Bruce Lee Martin** |
|---|---|
| Debtor 2 | **Gillerma Trejo-Martin** |

Case number (if known)   **24-41700-MXM13**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.14

**$5,976.00**

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 9635**

**Wilkes Barre**          **PA**    **18773**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1** **1** **2** **1**
When was the debt incurred?    **11/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

### 4.15

**$5,500.00**

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 9635**

**Wilkes Barre**          **PA**    **18773**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0** **8** **0** **9**
When was the debt incurred?    **08/2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

### 4.16

**$5,068.00**

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 9635**

**Wilkes Barre**          **PA**    **18773**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0** **9** **1** **7**
When was the debt incurred?    **09/2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

| Debtor 1 | **Bruce Lee Martin** | |
|---|---|---|
| Debtor 2 | **Gillerma Trejo-Martin** | |
| | | Case number (if known)  **24-41700-MXM13** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.17

**$4,375.00**

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 9635**

**Wilkes Barre      PA      18773**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0   2   2   7**
**When was the debt incurred?**   **02/2024**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

### 4.18

**$3,500.00**

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 9635**

**Wilkes Barre      PA      18773**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1   1   2   1**
**When was the debt incurred?**   **11/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

### 4.19

**$3,500.00**

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 9635**

**Wilkes Barre      PA      18773**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0   9   1   7**
**When was the debt incurred?**   **09/2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

Debtor 1    **Bruce Lee Martin**
Debtor 2    **Gillerma Trejo-Martin**

Case number (if known)    **24-41700-MXM13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.20

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 9635**

**Wilkes Barre        PA      18773**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$707.00**

**Last 4 digits of account number**    0  8  1  8
**When was the debt incurred?**    08/2008

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

### 4.21

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 9500**

**Wilkes-Barre        PA      18773**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$10,689.00**

**Last 4 digits of account number**    0  2  2  5
**When was the debt incurred?**    02/2008

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

### 4.22

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 9500**

**Wilkes-Barre        PA      18773**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$7,905.00**

**Last 4 digits of account number**    0  9  0  7
**When was the debt incurred?**    09/2006

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

| | |
|---|---|
| Debtor 1 | **Bruce Lee Martin** |
| Debtor 2 | **Gillerma Trejo-Martin** |

Case number (if known)   **24-41700-MXM13**

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.23

**$4,720.00**

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 9500**

**Wilkes-Barre**          **PA**      **18773**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0** **2** **2** **2**
**When was the debt incurred?**   **02/2008**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

### 4.24

**$3,432.00**

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 9500**

**Wilkes-Barre**          **PA**      **18773**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0** **9** **0** **7**
**When was the debt incurred?**   **09/2006**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

### 4.25

**$2,818.00**

**Spring Oaks Capital, Llc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**P.O. Box 1216**

**Chesapeake**          **VA**      **23327**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7** **9** **3** **5**
**When was the debt incurred?**   **01/26/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unknown Loan Type**

---

Debtor 1    **Bruce Lee Martin**
Debtor 2    **Gillerma Trejo-Martin**

Case number (if known)    **24-41700-MXM13**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.26**

**Synchrony Bank/Amazon Store Card**
Nonpriority Creditor's Name

**P.O. Box 71735**
Number        Street

_____

**Philadelphia            PA      19175-1735**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,778.55**

**Last 4 digits of account number**    8   6   1   2
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

---

**4.27**

**Upstart Finance**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
Number        Street

**PO Box 1503**

_____

**San Carlos              CA      94070**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$21,059.00**

**Last 4 digits of account number**    8   1   1   7
**When was the debt incurred?**    01/2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

---

**4.28**

**Walmart Credit Services/Capital One**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
Number        Street

**PO Box 30285**

_____

**Salt Lake City          UT      84130**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$5,128.16**

**Last 4 digits of account number**    5   3   9   8
**When was the debt incurred?**    05/12/2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Charge Account**

---

Debtor 1    **Bruce Lee Martin**
Debtor 2    **Gillerma Trejo-Martin**

Case number (if known)   **24-41700-MXM13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

| 4.29 | | **$7,245.59** |
| --- | --- | --- |

**Wells Fargo Bank NA**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**1 Home Campus MAC X2303-01A 3rd Floor**

**Des Moines            IA      50328**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **8   8   2   2**
**When was the debt incurred?**   **05/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

| 4.30 | | **$1,497.00** |
| --- | --- | --- |

**Williams & Fudge, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**300 Chatham Avenue**

**Rock Hill              SC      29730**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **3   0   4   8**
**When was the debt incurred?**   **09/2023**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

Debtor 1    **Bruce Lee Martin**
Debtor 2    **Gillerma Trejo-Martin**

Case number (if known)   **24-41700-MXM13**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
| --- | --- |

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
    For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
    creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
    debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
    any debts in Parts 1 or 2, do not fill out or submit this page.

**Navient**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 9500**

**Wilkes-Barre          PA      18773**
City                          State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Government Unsecured**
**Guarantee Loan**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    0   8   0   8

---

**Radius Global Solutions**
Name
**PO Box 390846**
Number        Street

**Minneapolis          MN      55439**
City                          State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Collecting for -Wells**
**Fargo**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    7   2   2   0

---

**Rausch Sturm LLP**
Name
**Attorneys at Law**
Number        Street
**2509 Sunnyslope Rd #300**

**Brookfield          WI      53005**
City                          State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Collecting for -Elan**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    9   7   5   3

---

**U.S. Bankcorp**
Name
**Attn: Bankruptcy**
Number        Street
**800 Nicollet Mall**

**Minneapolis          MN      55402**
City                          State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    1   0   4   5

---

**U.S. Bankcorp**
Name
**Attn: Bankruptcy**
Number        Street
**800 Nicollet Mall**

**Minneapolis          MN      55402**
City                          State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    2   5   6   4

| Debtor 1 | **Bruce Lee Martin** | | |
|----------|----------------------|---|---|
| Debtor 2 | **Gillerma Trejo-Martin** | Case number (if known) | **24-41700-MXM13** |

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6.    **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|--|--|--|----------------|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.    $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b.    $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.    $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** $2,637.50 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. $2,637.50 |

|  |  |  | **Total claim** |
|--|--|--|----------------|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.    $64,042.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.    $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.    $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** $104,892.19 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $168,934.19 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce** | **Lee** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Gillerma** | | **Trejo-Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **24-41700-MXM13**
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease
is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of
executory contracts and unexpired leases.

**Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

| **Fill in this information to identify your case:** |
| --- |

| Debtor 1 | **Bruce** | **Lee** | **Martin** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Gillerma** | | **Trejo-Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **24-41700-MXM13**
(if known)

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☒ Yes

   In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

   **Gillerma Trejo-Martin**
   Name of your spouse, former spouse, or legal equivalent
   **4777 Tolar Highway**
   Number        Street

   | **Tolar** | **TX** | **76476** |
   | --- | --- | --- |
   | City | State | ZIP Code |

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bruce**   **Lee**   **Martin** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Gillerma**   **Trejo-Martin** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-41700-MXM13** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | **Teacher/Technology Director** | **Caregiver** |
| Employer's name | | **Perrin-Whitte Consolidated ISD** | **Stifel Nicolaus** |
| Employer's address | | **216 N. Benson** | |
| | | Number  Street | Number  Street |
| | | | |
| | | **Perrin**     **TX**   **76486** | |
| | | City     State   Zip Code | City     State   Zip Code |
| How long employed there? | | _____ | _____ |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$6,717.75** | **$872.67** |
| 3. Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | **$6,717.75** | **$872.67** |

Debtor 1    **Bruce Lee Martin**
Debtor 2    **Gillerma Trejo-Martin**

Case number (if known)    **24-41700-MXM13**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................................. → 4. | **$6,717.75** | **$872.67** |
| **5.** | List all payroll deductions: | | |
| 5a. | Tax, Medicare, and Social Security deductions    5a. | **$167.68** | **$0.00** |
| 5b. | Mandatory contributions for retirement plans    5b. | **$554.21** | **$0.00** |
| 5c. | Voluntary contributions for retirement plans    5c. | **$0.00** | **$0.00** |
| 5d. | Required repayments of retirement fund loans    5d. | **$0.00** | **$0.00** |
| 5e. | Insurance    5e. | **$545.01** | **$0.00** |
| 5f. | Domestic support obligations    5f. | **$0.00** | **$0.00** |
| 5g. | Union dues    5g. | **$0.00** | **$0.00** |
| 5h. | Other deductions.<br>Specify:  **TRS Care**    5h.+ | **$43.67** | **$0.00** |
| **6.** | Add the payroll deductions.    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6. | **$1,310.57** | **$0.00** |
| **7.** | Calculate total monthly take-home pay.    Subtract line 6 from line 4.    7. | **$5,407.18** | **$872.67** |
| **8.** | List all other income regularly received: | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm    8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | Interest and dividends    8b. | **$0.00** | **$0.00** |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive    8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | Unemployment compensation    8d. | **$0.00** | **$0.00** |
| 8e. | Social Security    8e. | **$0.00** | **$0.00** |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify:    8f. | **$0.00** | **$0.00** |
| 8g. | Pension or retirement income    8g. | **$0.00** | **$0.00** |
| 8h. | Other monthly income.<br>Specify:  **Tolar ISD**    8h.+ | **$120.00** | **$0.00** |
| **9.** | Add all other income.    Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9. | **$120.00** | **$0.00** |
| **10.** | Calculate monthly income.    Add line 7 + line 9.    10.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | **$5,527.18** + | **$872.67** = | **$6,399.85** |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. +    **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    **$6,399.85**

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.
☑ Yes. Explain:    **Debtors do all the farming for his Mom in exchange for rent**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce** | **Lee** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Gillerma** | | **Trejo-Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF TEXAS**

Case number   **24-41700-MXM13**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1.    Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

    ☑ No

    ☐ Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **13** | ☐ No  ☑ Yes |
| **Daughter** | **11** | ☐ No  ☑ Yes |
| **Daughter** | **9** | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| **4.    The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,012.98** |
| **If not included in line 4:** | | |
| 4a.   Real estate taxes | 4a. | _____ |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | **$50.00** |
| 4d.   Homeowner's association or condominium dues | 4d. | _____ |

| Debtor 1 | **Bruce Lee Martin** |
|----------|-----------|
| Debtor 2 | **Gillerma Trejo-Martin** |

Case number (if known)    **24-41700-MXM13**

**Your expenses**

5.  **Additional mortgage payments for your residence,** such as home equity loans     5.  _____

6.  **Utilities:**

    6a.  Electricity, heat, natural gas     6a.  **$573.90**

    6b.  Water, sewer, garbage collection     6b.  _____

    6c.  Telephone, cell phone, Internet, satellite, and cable services     6c.  **$80.00**

    6d.  Other.  Specify: **Cell Phones & Security System**     6d.  **$290.00**

7.  **Food and housekeeping supplies**     7.  **$800.00**

8.  **Childcare and children's education costs**     8.  **$100.00**

9.  **Clothing, laundry, and dry cleaning**     9.  **$300.00**

10.  **Personal care products and services**     10.  **$45.00**

11.  **Medical and dental expenses**     11.  **$250.00**

12.  **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments.     12.  **$500.00**

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**     13.  **$100.00**

14.  **Charitable contributions and religious donations**     14.  **$100.00**

15.  **Insurance.**

    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance     15a.  **$73.00**

    15b.  Health insurance     15b.  _____

    15c.  Vehicle insurance     15c.  **$348.00**

    15d.  Other insurance.  Specify: _____     15d.  _____

16.  **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: **Tolar ISD taxes & caregiver**     16.  **$29.18**

17.  **Installment or lease payments:**

    17a.  Car payments for Vehicle 1     17a.  **$855.90**

    17b.  Car payments for Vehicle 2     17b.  _____

    17c.  Other.  Specify: _____     17c.  _____

    17d.  Other.  Specify: _____     17d.  _____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**     18.  _____

19.  **Other payments you make to support others who do not live with you.**
Specify: **Chiropractor**     19.  _____

Debtor 1  **Bruce Lee Martin**
Debtor 2  **Gillerma Trejo-Martin**

Case number (if known)  **24-41700-MXM13**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.  Mortgages on other property                                      20a.  _____

20b.  Real estate taxes                                                20b.  _____

20c.  Property, homeowner's, or renter's insurance                     20c.  _____

20d.  Maintenance, repair, and upkeep expenses                         20d.  _____

20e.  Homeowner's association or condominium dues                      20e.  _____

**21.** **Other.**  Specify:  **See continuation sheet**            21.  + _____ **$350.00**

**22.** **Calculate your monthly expenses.**

22a.  Add lines 4 through 21.                                          22a.  _____ **$5,857.96**

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.  _____

22c.  Add line 22a and 22b.  The result is your monthly expenses.      22c.  _____ **$5,857.96**

**23.** **Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.     23a.  _____ **$6,399.85**

23b.  Copy your monthly expenses from line 22c above.                  23b.  − _____ **$5,857.96**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                                 23c.  _____ **$541.89**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

| Debtor 1 | **Bruce Lee Martin** | |
|---|---|---|
| Debtor 2 | **Gillerma Trejo-Martin** | |

Case number (if known)   **24-41700-MXM13**

**21.** **Other.  Specify:**

| | |
|---|---|
| **Wife College** | **$250.00** |
| **Pet Expense** | **$100.00** |
| **Total:** | **$350.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce** | **Lee** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Gillerma** | | **Trejo-Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **24-41700-MXM13**
(if known)

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

---

### Part 1:     Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................... | **$150,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B......................................... | **$242,523.19** |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................... | **$392,523.19** |

---

### Part 2:     Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$130,847.05** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$2,637.50** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$168,934.19** |
| **Your total liabilities** | **$302,418.74** |

---

### Part 3:     Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I............................................................ | **$6,399.85** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J............................................................ | **$5,857.96** |

---

Debtor 1    **Bruce Lee Martin**

Debtor 2    **Gillerma Trejo-Martin**

Case number (if known)   **24-41700-MXM13**

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$7,782.00

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)

$0.00

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)

$0.00

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)

$0.00

9d.  Student loans.  (Copy line 6f.)

$64,042.00

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)

$0.00

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)

+ $0.00

9g.  **Total.**  Add lines 9a through 9f.

$64,042.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce** | **Lee** | **Martin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Gillerma** | | **Trejo-Martin** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **24-41700-MXM13**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Bruce Lee Martin** _____
Bruce Lee Martin, Debtor 1

Date **06/07/2024**
MM / DD / YYYY

X **/s/ Gillerma Trejo-Martin** _____
Gillerma Trejo-Martin, Debtor 2

Date **06/07/2024**
MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Bruce Lee Martin**
**Gillerma Trejo-Martin**

CASE NO   **24-41700-MXM13**

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|--------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $150,000.00 | $87,115.05 | $62,884.95 | $62,884.95 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $53,483.00 | $43,732.00 | $26,236.00 | $13,618.00 | $12,618.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $100.00 | $0.00 | $100.00 | $0.00 | $100.00 |
| 6. | Household goods and furnishings | $2,205.00 | $0.00 | $2,205.00 | $2,205.00 | $0.00 |
| 7. | Electronics | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $425.00 | $0.00 | $425.00 | $300.00 | $125.00 |
| 11. | Clothes | $250.00 | $0.00 | $250.00 | $250.00 | $0.00 |
| 12. | Jewelry | $300.00 | $0.00 | $300.00 | $300.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $10.00 | $0.00 | $10.00 | $0.00 | $10.00 |
| 17. | Deposits of money | $2,714.98 | $0.00 | $2,714.98 | $0.00 | $2,714.98 |
| 18. | Bonds, mutual funds or publicly traded stocks | $34.72 | $0.00 | $34.72 | $0.00 | $34.72 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $154,318.49 | $0.00 | $154,318.49 | $154,318.49 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Bruce Lee Martin**
**Gillerma Trejo-Martin**

CASE NO   **24-41700-MXM13**

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $3,682.00 | $0.00 | $3,682.00 | $3,682.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $5,500.00 | $0.00 | $5,500.00 | $5,500.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $17,500.00 | $0.00 | $17,500.00 | $17,500.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$392,523.19** | **$130,847.05** | **$278,161.14** | **$262,558.44** | **$15,602.70** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Bruce Lee Martin**
**Gillerma Trejo-Martin**

CASE NO   **24-41700-MXM13**

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| 2004 Nissan Sentra 1.85 (approx. 19,285,000 miles) | $356.00 | | $356.00 | $356.00 |
| 2012 Dodge Ram 2500 (approx. 12,298,400 miles) | $12,262.00 | | $12,262.00 | $12,262.00 |
| 1975 Grumm 14' Aluminum | $50.00 | | $50.00 | $50.00 |
| 1999 Long Boat Trailer | $50.00 | | $50.00 | $50.00 |
| Remington 22 Rifle | $50.00 | | $50.00 | $50.00 |
| Browning Shotgun | $50.00 | | $50.00 | $50.00 |
| Jennings 22 Pistol | $25.00 | | $25.00 | $25.00 |
| Cash | $10.00 | | $10.00 | $10.00 |
| PNC Checking account | $431.00 | | $431.00 | $431.00 |
| PNC Checking account | $28.00 | | $28.00 | $28.00 |
| GECU Checking account | $13.00 | | $13.00 | $13.00 |
| First Financial Checking account | $9.00 | | $9.00 | $9.00 |
| First Financial Bank Checking account | $396.00 | | $396.00 | $396.00 |
| First Financial Savings account | $50.00 | | $50.00 | $50.00 |
| GECU Savings account | $1,010.00 | | $1,010.00 | $1,010.00 |
| PNC Savings account | $1.00 | | $1.00 | $1.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Bruce Lee Martin**                                 CASE NO    **24-41700-MXM13**
        **Gillerma Trejo-Martin**

                                                            CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| | | | |
|---|---:|---:|---:|
| PNC Savings account | $1.00 | $1.00 | $1.00 |
| PNC Checking Account | $749.63 | $749.63 | $749.63 |
| Venmo Account | $11.35 | $11.35 | $11.35 |
| Venmo Account | $15.00 | $15.00 | $15.00 |
| Schwab Broker Account | $7.25 | $7.25 | $7.25 |
| .126 EPR Properties | $5.26 | $5.26 | $5.26 |
| 1.004 Gamestop Corp | $22.21 | $22.21 | $22.21 |

| | | | | |
|---|---:|---:|---:|---:|
| **TOTALS:** | **$15,602.70** | **$0.00** | **$15,602.70** | **$15,602.70** |

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$392,523.19** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$392,523.19** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$130,847.05** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$130,847.05** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$278,161.14** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$278,161.14** |
| J. Total Exemptions Claimed | **$262,558.44** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$15,602.70** |